# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA MEDINA, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALBERTSONS COMPANIES, INC., )<br><br>Defendant. ) | C.A. No. 1:23-cv-00480-MN<br><br>**JURY TRIAL DEMANDED** |

## ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Albertsons Companies, Inc. respectfully moves for an Order dismissing Plaintiff Laura Medina's Complaint. The grounds for this Motion are set forth in the Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Cari K. Dawson
Gavin Reinke
Thomas Grantham
Taylor Lin
Alston & Bird LLP
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
(404) 881-7000
cari.dawson@alston.com
gavin.reinke@alston.com
thomas.grantham@alston.com
taylor.lin@alston.com

Dated: June 26, 2023

POTTER ANDERSON & CORROON LLP

By: */s/ John A. Sensing*
John A. Sensing (#5232)
Hannah L. Paxton (#7096)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000 – Telephone
jsensing@potteranderson.com
hpaxton@potteranderson.com

*Attorneys for Defendant Albertsons Companies, Inc.*