# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | C.A. No. 1:23-cv-00480-MN<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon consideration of Defendant Albertson Companies, Inc.'s Motion to Dismiss, all papers submitted in support of and in opposition to that Motion to Dismiss, and any argument thereon,

IT IS HEREBY ORDERED THIS __ day of _____ 2023, that:

1. Defendant Albertson Companies, Inc.'s Motion to Dismiss is GRANTED; and

2. Plaintiff Laura Medina's Complaint is DISMISSED WITH PREJUDICE.

_____
The Honorable Maryellen Noreika