# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAURA MEDINA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALBERTSONS COMPANIES, INC.,**<br><br>Defendant. | Case No. 1:23-cv-00480-MN<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed her Class Action Complaint on May 1, 2023 (D.I. 1) (the "Complaint");

WHEREAS, on June 26, 2023, Defendant moved to dismiss the Complaint and filed its Opening Brief in support thereof (D.I. 10-11) (the "Motion to Dismiss"); and

WHEREAS, the parties have conferred regarding an appropriate briefing schedule for the Motion to Dismiss.

NOW, THEREFORE, the parties hereby stipulate, subject to the approval of the Court, that the following schedule shall govern the parties' briefing of the Motion to Dismiss:

(a) Plaintiff shall either file an amended complaint or file her Answering Brief in opposition to the Motion to Dismiss on or before July 28, 2023;

(b) If Plaintiff files an Answering Brief in opposition to the Motion to Dismiss, Defendant shall file its Reply Brief on or before August 21, 2023.

| | |
|---|---|
| */s/ P. Bradford deLeeuw* | */s/ John A. Sensing* |
| P. Bradford deLeeuw (#3569) | John A. Sensing (#5232) |
| deLeeuw Law LLC | Hannah L. Paxton (#7096) |
| 1301 Walnut Green Road | POTTER ANDERSON |
| Wilmington, DE  19807 |  & CORROON LLP |
| (302) 274-2180 | Hercules Plaza, 6th Floor |
| brad@deleeuwlaw.com | 1313 North Market Street |
| | Wilmington, Delaware 19801 |
| *Attorneys for Plaintiff* | (302) 984-6000 – Telephone |
| | jsensing@potteranderson.com |
| | hpaxton@potteranderson.com |
| | |
| | *Attorneys for Defendant Albertsons Companies, Inc.* |

Dated: June 30, 2023

SO ORDERED, this _____ day of _____ 2023.

_____
The Honorable Maryellen Noreika
United States District Judge