**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAURA MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:23-cv-00480-MN<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**
**PENDING CONSIDERATION OF ALTERNATE MEANS FOR RESOLUTION**

WHEREAS, on May 1, 2023, Plaintiff Laura Medina ("Plaintiff"), individually and on behalf of all others similarly situated, filed the Class Action Complaint ("Complaint") (D.I. 1);

WHEREAS, on May 18, 2023, the parties agreed upon an extension of time for Defendant Albertsons Companies, Inc. ("Defendant") to answer, move, or otherwise respond to the Complaint (D.I. 6);

WHEREAS, on June 26, 2023, Defendant moved to dismiss the Complaint and filed its Opening Brief in support thereof (the "Motion to Dismiss") (D.I. 10-11);

WHEREAS, Plaintiff's response to Defendant's Motion to Dismiss is currently due on or before July 28, 2023 (D.I. 12);

WHEREAS, the parties have conferred and have agreed that a stay of the proceedings until November 1, 2023, encompassing all current briefing and filing deadlines, would provide the parties with sufficient time to consider alternative means for resolving this matter, and would conserve the parties' and the Court's resources before engaging in further litigation and motion practice;

WHEREAS, the parties will file a status report on or before November 1, 2023, advising the Court as to the status of their efforts to resolve this matter, including whether the stay should be extended;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, subject to the approval of the Court, that:

1. This matter shall be stayed until November 1, 2023, to allow the parties time to explore alternative means of resolution, and to conserve the parties' and the Court's resources before engaging in further litigation and motion practice. This stay shall encompass all current briefing and filing deadlines, including without limitation Plaintiff's deadline to respond to Defendant's Motion to Dismiss and Defendant's deadline to submit a reply brief in support of its Motion to Dismiss.

2. The parties shall jointly file a status report on or before November 1, 2023, advising the Court as to the status of their efforts to resolve this matter, including whether the stay should be extended.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

|  | DELEEUW LAW LLC |
|---|---|
| OF COUNSEL:<br>Mason A. Barney<br>Tyler J. Bean<br>Siri and Glimstad LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>(301) 728-3850<br>mbarney@sirillp.com<br>tbean@sirillp.com | By: /s/ P. Bradford deLeeuw<br>P. Bradford deLeeuw (#3569)<br>1301 Walnut Green Road<br>P.O. Box 2323<br>Wilmington, Delaware 19807<br>(302) 654-7444<br>(302) 351-6905 (fax)<br>brad@deleeuwlaw.com<br><br>*Attorneys for Plaintiff Laura Medina* |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br>Cari K. Dawson, (*pro hac vice*)<br>Gavin Reinke, (*pro hac vice*)<br>Thomas Grantham, (*pro hac vice*)<br>Taylor Lin, (*pro hac vice*)<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br>(404) 881-7000<br>cari.dawson@alston.com<br>gavin.reinke@alston.com<br>thomas.grantham@alston.com<br>taylor.lin@alston.com | By: /s/ John A. Sensing<br>John A. Sensing (#5232)<br>Hannah L. Paxton (#7096)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000 – Telephone<br>jsensing@potteranderson.com<br>hpaxton@potteranderson.com<br><br>*Attorneys for Defendant Albertsons Companies, Inc.* |

Dated: July 26, 2023

      IT IS SO ORDERED this _____ day of _____, 2023.

                                                                                              _____
                                                                                              United States District Judge