# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | C.A. No. 1:23-cv-00480-MN<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER STAYING PROCEEDINGS PENDING CONSIDERATION OF ALTERNATE MEANS FOR RESOLUTION

WHEREAS, on May 1, 2023, Plaintiff Laura Medina ("Plaintiff"), individually and on behalf of all others similarly situated, filed the Class Action Complaint ("Complaint") (D.I. 1);

WHEREAS, on May 18, 2023, the parties agreed upon an extension of time for Defendant Albertsons Companies, Inc. ("Defendant") to answer, move, or otherwise respond to the Complaint (D.I. 6);

WHEREAS, on June 26, 2023, Defendant moved to dismiss the Complaint and filed its Opening Brief in support thereof (the "Motion to Dismiss") (D.I. 10-11);

WHEREAS, Plaintiff's response to Defendant's Motion to Dismiss is currently due on or before July 28, 2023 (D.I. 12);

WHEREAS, the parties have conferred and have agreed that a stay of the proceedings until November 1, 2023, encompassing all current briefing and filing deadlines, would provide the parties with sufficient time to consider alternative means for resolving this matter, and would conserve the parties' and the Court's resources before engaging in further litigation and motion practice;

2

WHEREAS, the parties will file a status report on or before November 1, 2023, advising the Court as to the status of their efforts to resolve this matter, including whether the stay should be extended;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, subject to the approval of the Court, that:

1. This matter shall be stayed until November 1, 2023, to allow the parties time to explore alternative means of resolution, and to conserve the parties' and the Court's resources before engaging in further litigation and motion practice. This stay shall encompass all current briefing and filing deadlines, including without limitation Plaintiff's deadline to respond to Defendant's Motion to Dismiss and Defendant's deadline to submit a reply brief in support of its Motion to Dismiss.

2. The parties shall jointly file a status report on or before November 1, 2023, advising the Court as to the status of their efforts to resolve this matter, including whether the stay should be extended.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DELEEUW LAW LLC

OF COUNSEL:  
Mason A. Barney  
Tyler J. Bean  
Siri and Glimstad LLP  
745 Fifth Avenue, Suite 500  
New York, NY 10151  
(301) 728-3850  
mbarney@sirillp.com  
tbean@sirillp.com  

By: */s/ P. Bradford deLeeuw*  
P. Bradford deLeeuw (#3569)  
1301 Walnut Green Road  
P.O. Box 2323  
Wilmington, Delaware 19807  
(302) 654-7444  
(302) 351-6905 (fax)  
brad@deleeuwlaw.com  

*Attorneys for Plaintiff Laura Medina*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:  
Cari K. Dawson, (*pro hac vice*)  
Gavin Reinke, (*pro hac vice*)  
Thomas Grantham, (*pro hac vice*)  
Taylor Lin, (*pro hac vice*)  
Alston & Bird LLP  
1201 West Peachtree Street  
Suite 4900  
Atlanta, GA 30309  
(404) 881-7000  
cari.dawson@alston.com  
gavin.reinke@alston.com  
thomas.grantham@alston.com  
taylor.lin@alston.com  

By: */s/ John A. Sensing*  
John A. Sensing (#5232)  
Hannah L. Paxton (#7096)  
Hercules Plaza, 6th Floor  
1313 North Market Street  
Wilmington, Delaware 19801  
(302) 984-6000 – Telephone  
jsensing@potteranderson.com  
hpaxton@potteranderson.com  

*Attorneys for Defendant Albertsons Companies, Inc.*

Dated: July 26, 2023

IT IS SO ORDERED this 27th day of July 2023.

IT IS FURTHER ORDERED that, in addition to the November 1, 2023 status report, the parties shall file status reports on September 1, 2023 and October 2, 2023.

The Honorable Maryellen Noreika  
United States District Judge

3