IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAURA MEDINA,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ALBERTSON'S COMPANIES, INC.,** <br><br> Defendant. | Case No. 1:23-cv-00480-MN <br><br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

Plaintiff Laura Medina, joined by Maryelin Alberto[1] (collectively referred to herein as "Plaintiffs") hereby move this Court for approval of the class action settlement entered into with Defendant Albertson's Companies, Inc. The specific terms of the settlement are set forth in *Plaintiffs' Opening Brief in Support of Their Unopposed Motion for Preliminary Approval of the Class Action Settlement*, which is being filed contemporaneously herewith.

DATED:    January 10, 2024            Respectfully submitted,

/s/ P. Bradford deLeeuw
P. Bradford deLeeuw (DE #3569)
DELEEUW LAW LLC
1301 Walnut Green Road
P.O. Box 2323
Wilmington, Delaware 19807
(302) 654-7444
brad@deleeuwlaw.com

---

[1] As set forth in the accompanying brief, this Motion is joined in by Maryelin Alberto, plaintiff in *Alberto v. Albertsons Companies, Inc.*, C.A. No. 1:23-cv-00251-DKG (D. Idaho).

OF COUNSEL:

Mason A. Barney (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Counsel for Plaintiffs and the Settlement Class*

David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(t) 202.744.1795
(f) 202.686.2877
dlietz@milberg.com