IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAURA MEDINA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALBERTSONS COMPANIES, INC.,**<br><br>Defendant. | Case No. 1:23-cv-00480-MN<br><br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Plaintiff Laura Medina, joined by Maryelin Alberto[1] ("Plaintiffs"), hereby move this Court pursuant to Federal Rules of Civil Procedure 23(h) and 54(d), and this Court's January 11, 2024 Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (D.I. 24), to approve an award of attorneys' fees to Plaintiffs' counsel in the amount of $250,000, and reasonable out-of-pocket case expenses of $12,287.54. Plaintiffs also respectfully move this Court for Service Awards for the Class Representatives in the amount of $2,500 each (for a total of $5,000). For the reasons set forth in the accompanying brief, Plaintiffs respectfully submit that the motion should be granted.

---

[1] As discussed in the preliminary approval motion and accompanying brief, Maryelin Alberto is a plaintiff in an action she filed against Albertsons in May 2023 in the United States District Court for the District of Idaho, which also arises out of the December 2022 data security incident. Both Medina and Alberto are parties to the Settlement Agreement and the Agreement, if approved, would resolve the claims asserted in this Action and in the *Alberto* Action.

i

| | |
|---|---|
| DATED: April 2, 2024 | Respectfully submitted,<br><br>*/s/ P. Bradford deLeeuw*<br>P. Bradford deLeeuw (DE #3569)<br>DELEEUW LAW LLC<br>1301 Walnut Green Road<br>P.O. Box 2323<br>Wilmington, Delaware 19807<br>(302) 654-7444<br>brad@deleeuwlaw.com |

OF COUNSEL:

Mason A. Barney (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)

**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500         *Class Counsel*
New York, NY 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(t) 202.744.1795
(f) 202.686.2877
dlietz@milberg.com

ii

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of April 2024 a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (DE #3569)
