IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAURA MEDINA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALBERTSONS COMPANIES, INC.,**<br>                              Defendant. | Case No. 1:23-cv-00480-MN<br><br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF EAMON MASON REGARDING IMPLEMENTATION OF NOTICE AND SETTLEMENT ADMINISTRATION

I, EAMON MASON, hereby declare and state as follows:

1. I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I have more than eighteen years of experience working in the legal field and over eight years of experience handling all aspects of settlement administrations. The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2. Epiq was preliminarily appointed as the Claims Administrator pursuant to Paragraph 6 of the Court's Preliminary Approval Order (the "Order") dated January 11, 2024, and Section 1.1.6 of the Class Settlement Agreement and Release dated January 4, 2024 (the "Settlement Agreement").[1] I submit this Declaration in order to advise the Parties and the Court

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Settlement Agreement.

regarding the implementation of the Notice Program and to report on Epiq's handling to date of the settlement administration, in accordance with the Order and the Settlement Agreement.

3. Epiq was established in 1968 as a client services and data processing company. Epiq has administered bankruptcies since 1985 and settlements since 1993. Epiq has routinely developed and executed notice programs and administrations in a wide variety of mass action contexts including settlements of consumer, antitrust, products liability, and labor and employment class actions, settlements of mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 4,500 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions. As an experienced neutral third-party administrator working with settling parties, courts, and mass action participants, Epiq has handled hundreds of millions of notices, disseminated hundreds of millions of emails, handled millions of phone calls, processed tens of millions of claims, and distributed hundreds of billions in payments.

**DATA TRANSFER**

4.      On January 10, 2024, Counsel for Defendant provided Epiq with an electronic file containing name and address information for 32,878 Settlement Class Member records (the "Class Data").

5.      Epiq loaded the Class Data into a database created for the purpose of administration of the proposed settlement and assigned unique identifiers to all the records it received in order to maintain the ability to track them throughout the settlement administration process. Epiq analyzed the Class Data, checked for exact duplicate records, and determined that there were 32,877 unique Settlement Class Member records with complete and mailable addresses (the "Class List").

**DISSEMINATION OF CLASS NOTICE**

6.      Pursuant to Section 4.3 of the Settlement Agreement and Paragraph 7 of the Order, Epiq was responsible for sending the Class Notice in postcard form (the "Postcard Notice") to all potential Settlement Class Members contained in the Class List via U.S. First Class Mail. Attached hereto as **Exhibit A** is the Postcard Notice that Epiq disseminated by mail.

7.      Prior to mailing the Postcard Notice to the Class List, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS.[2] In addition, the addresses were processed via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. To the extent that any Settlement Class Member had filed a USPS change of address request, and the address was certified and verified, the current address listed in the NCOA database was used in connection with the Postcard Notice mailing. This address

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

3

updating process is standard for the industry and for the majority of promotional mailings that occur today. A total of 1,753 records in the Class List sent through the USPS NCOA, CASS, and DPV process were updated with new addresses.

8. Prior to commencing any mailings for this matter, Epiq established a dedicated post office box to mail notice from and to allow Settlement Class Members to contact the Claims Administrator or submit documents by mail. Epiq has and will continue to maintain the P.O. Box throughout the administration process.

9. On February 9, 2024, Epiq mailed 32,877 Postcard Notices via First Class USPS Mail to potential Settlement Class Members on the Class List with a valid mailing address. In addition, a Long Form Notice and Claim Form ("Claim Package") has been mailed via First Class U.S. Mail to all persons who submitted a request for one. As of April 12, 2024, 15 Claim Packages have been mailed as a result of such requests.

10. The return address on the Postcard Notice is the post office box maintained by Epiq. As of April 12, 2024, 3,240 Postcard Notices have been returned by the USPS with forwarding information and promptly re-mailed to the forwarding address.

11. As of April 12, 2024, a total of 5,147 Postcard Notices have been returned to Epiq without forwarding address information. As a result of skip trace searches performed by Epiq using a third-party lookup service, a total of 3,187 addresses were updated and Postcard Notices were promptly re-mailed to the updated addresses. Address updating and re-mailing for undeliverable Postcard Notices is ongoing and will continue until the Claims Deadline has passed.

12. As of April 12, 2024, Epiq has mailed the Class Notice to 32,877 Settlement Class Members, with notice to 1,907 unique Settlement Class Members currently known to be undeliverable, which is a 94.2% deliverable rate.

## SETTLEMENT WEBSITE

13. Pursuant to Section 4.3(b) of the Settlement Agreement, on February 9, 2024, Epiq launched a website, www.ACDataSettlement.com, which potential Settlement Class Members can visit to obtain additional information about the proposed settlement, as well as important documents, including the Class Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, and any other relevant information that the parties agree to provide or that the Court may require (the "Settlement Website"). The Settlement Website contains a summary of options available to Settlement Class Members, deadlines to act, and provides answers to frequently asked questions. Settlement Class Members are also able to file a claim via the website, or download a paper Claim Form, which they can then file by mail. References to the Settlement Website were prominently displayed in the Class Notice.

14. As of April 12, 2024, the Settlement Website has been visited by 821 unique visitors and 3,173 website pages have been viewed. Epiq has maintained and will continue to maintain and update the Settlement Website throughout the administration of the proposed settlement.

## TOLL-FREE INFORMATION LINE

15. On February 9, 2024, Epiq established and is maintaining a toll-free interactive Voice Response Unit ("VRU"), 1 (888) 870-7056, to provide information and accommodate inquiries from Settlement Class Members. Callers hear an introductory message and then are provided with scripted information about the settlement in the form of recorded answers to frequently asked questions. Callers also have the options of requesting a Claim Package by mail or speaking to a live operator during normal business hours. The toll-free number was included in

the Class Notice sent to Settlement Class Members and the automated telephone system is available 24 hours per day, 7 days per week.

16. As of April 12, 2024, the toll-free number has received 181 calls representing 929 total minutes, and call center representatives have handled 67 inbound calls representing 636 minutes of use. Epiq has and will continue to maintain and update the VRU throughout the settlement administration process.

## REQUESTS FOR EXCLUSION

17. Pursuant to Section 5 of the Settlement Agreement and Paragraph 10 of the Order, Settlement Class Members who wish to be excluded from the settlement are required to mail a written Request for Exclusion to Epiq postmarked on or before April 9, 2024. As of April 12, 2024, Epiq has received two (2) timely Requests for Exclusion. One (1) of these Requests for Exclusion were received by individuals that Epiq determined to be Settlement Class Members. A report listing the timely requests received to date is attached hereto as **Exhibit B**.

## OBJECTIONS RECEIVED

18. Pursuant to Section 6 of the Settlement Agreement and Paragraph 11 of the Order, Settlement Class Members who wish to object to the settlement are required to submit written objections to Epiq postmarked on or before April 9, 2024. As of April 12, 2024, Epiq has not received and is not aware of any written objections to the settlement.

## CLAIMS RECEIVED

19. Pursuant to Section 7 of the Settlement Agreement and Paragraph 12 of the Order, Settlement Class Members who wish to be considered for payment under the settlement are required to submit a Claim Form to Epiq either through the Settlement Website or by mail,

submitted or postmarked no later than May 9, 2024. As of April 12, 2024, Epiq has received 2,589 potentially valid Claim Forms.

20. As of April 12, 2024, Epiq calculates that the estimated *pro rata* Alternative Cash Payment value per claim is $188.48 based on the current total of 2,589 potentially valid Claim Forms and the Net Settlement Fund of $488,000.00.

21. As Epiq continues to receive, process and review claims, we will determine and report to the Parties as to whether each claimant has submitted a valid Claim Form, pursuant to the provisions set forth in the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct and that this declaration was executed on April 12, 2024 in Seattle, Washington.

_____
Eamon Mason